STATE OF NEW JERSEY v. ALBERT DICKENS, JR.

September 24, 1984.

Petition for certification denied. (See 192 *N.J.Super.* 290)

STATE OF NEW JERSEY v. ALBERT DICKENS, JR.

September 24, 1984.

Cross-petition for certification denied. (See 192 *N.J.Super.* 290)

STATE OF NEW JERSEY v. ROBERT ROSE, JR.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID LAMBERT, JR.

September 24, 1984.

Certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *State v. Wright*, 97 *N.J.* 113 (1984).

Jurisdiction is not retained.